| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-17823-PMM

Michael T. Beissel
Betty J. Beissel
160 Woodland Drive
Leesport  PA    19533

Petition Filed Date: 12/16/2019
341 Hearing Date: 02/04/2020
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2020 | $225.00 | 26166172353 | 02/14/2020 | $225.00 | 6814114044 | 03/10/2020 | $225.00 | 6814114173 |
| 03/27/2020 | $225.00 | 6814114229 | 05/12/2020 | $225.00 | 208902271370 | 06/12/2020 | $225.00 | 684114469 |
| 07/16/2020 | $225.00 | 6814114602 | 08/18/2020 | $225.00 | 6814114704 | 09/16/2020 | $225.00 | 19131201469 |
| 10/21/2020 | $225.00 | 19178716411 | 11/16/2020 | $225.00 | 6814115043 | 12/22/2020 | $225.00 | 6814100110 |
| 01/20/2021 | $225.00 | 19209378868 | 03/16/2021 | $225.00 | 19209379157 | 03/23/2021 | $225.00 | 19209379017 |
| 04/14/2021 | $225.00 | 19249066149 | 05/14/2021 | $225.00 | 19249066312 | | | |

**Total Receipts for the Period: $3,825.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,825.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $4,250.00 | $3,501.43 | $748.57 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $13,235.18 | $0.00 | $13,235.18 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»» 002 | Unsecured Creditors | $9,074.46 | $0.00 | $9,074.46 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $5,790.23 | $0.00 | $5,790.23 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $8,957.58 | $0.00 | $8,957.58 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $573.67 | $0.00 | $573.67 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»» 006 | Mortgage Arrears | $1,724.28 | $0.00 | $1,724.28 |
| 7 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $10,017.93 | $0.00 | $10,017.93 |
| 8 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»» 009 | Unsecured Creditors | $200.70 | $0.00 | $200.70 |
| 9 | SPECIALIZED LOAN SERVICING LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-17823-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,825.00 | Current Monthly Payment: | $225.00 |
| Paid to Claims: | $3,501.43 | Arrearages: | $0.00 |
| Paid to Trustee: | $323.57 | Total Plan Base: | $8,100.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.