Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-17823-PMM**

Michael T. Beissel  
Betty J. Beissel  
160 Woodland Drive  
Leesport PA 19533

Petition Filed Date: 12/16/2019  
341 Hearing Date: 02/04/2020  
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $225.00 | 19249066149 | 05/14/2021 | $225.00 | 19249066312 | 06/15/2021 | $225.00 | 19273922466 |
| 07/20/2021 | $225.00 | 19273922656 | 08/17/2021 | $225.00 | 19302055218 | 09/21/2021 | $225.00 | 19302055374 |
| 10/19/2021 | $225.00 | 19302055569 | 11/16/2021 | $225.00 | 19019758900 | 12/15/2021 | $225.00 | 6814101368 |
| 01/18/2022 | $225.00 | 6814101460 | 02/22/2022 | $225.00 | 19349771396 | 03/15/2022 | $225.00 | 19349771575 |
| 04/13/2022 | $225.00 | 6806700214 | 05/12/2022 | $225.00 | 6814101849 | 06/14/2022 | $225.00 | 19397279287 |
| 07/13/2022 | $225.00 | 6814102031 | | | | | | |

**Total Receipts for the Period: $3,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,975.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $4,250.00 | $4,108.93 | $141.07 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $13,235.18 | $112.62 | $13,122.56 |
| 2 | CAPITAL ONE AUTO FINANCE »» 002 | Unsecured Creditors | $9,074.46 | $77.22 | $8,997.24 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $5,790.23 | $49.27 | $5,740.96 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $8,957.58 | $76.22 | $8,881.36 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $573.67 | $0.00 | $573.67 |
| 6 | SELECT PORTFOLIO SERVICING INC »» 006 | Mortgage Arrears | $1,724.28 | $1,724.28 | $0.00 |
| 7 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $10,017.93 | $85.24 | $9,932.69 |
| 8 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC »» 009 | Unsecured Creditors | $200.70 | $0.00 | $200.70 |
| 9 | SPECIALIZED LOAN SERVICING LLC »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $141.07 | $141.07 | $0.00 |

**Chapter 13 Case No. 19-17823-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,975.00 | Current Monthly Payment: | $225.00 |
| Paid to Claims: | $6,374.85 | Arrearages: | $0.00 |
| Paid to Trustee: | $593.57 | Total Plan Base: | $8,100.00 |
| Funds on Hand: | $6.58 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.