Certificate Number: 14912-PAE-DE-037083636

Bankruptcy Case Number: 19-17823



14912-PAE-DE-037083636

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 4, 2023, at 7:35 o'clock PM EST, Betty Beisssl completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 4, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor