United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-17823-pmm
Michael T. Beissel  Chapter 13
Betty J. Beissel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 3
Date Rcvd: Jan 09, 2023    Form ID: 138OBJ    Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T. Beissel, Betty J. Beissel, 160 Woodland Drive, Leesport, PA 19533-9217 |
| 14440334 | + | Bureau of Account Mgmt, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 14440336 | + | Dustin James, 1250 Bossler Road, Leesport, PA 19533-9231 |
| 14569178 | + | Federal Home Loan Mortgage Corporation, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14440338 | + | Frederic I. Weinberg, Esq., 375 E. Elm St., Ste. 210, Conshohocken, PA 19428-1973 |
| 14461245 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14440340 | | M & T Bank, One M & T Plaza, Buffalo, NY 14203 |
| 14440342 | + | Millers Sanitary Service, 32 Miller Rd., Kutztown, PA 19530-9124 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 10 2023 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 10 2023 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14440331 | + | Email/Text: bky@americanprofit.net | Jan 10 2023 00:11:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Road #333, Farmington Hills, MI 48331-3288 |
| 14440332 | ^ | MEBN | Jan 10 2023 00:06:30 | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 14440333 | + | Email/Text: rperez@arcadiarecovery.com | Jan 10 2023 00:11:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14440335 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 10 2023 00:20:46 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14442253 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2023 00:20:46 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14447812 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2023 00:20:38 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14441398 | + | Email/Text: bankruptcy@cavps.com | Jan 10 2023 00:11:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14463858 | ^ | MEBN | Jan 10 2023 00:06:37 | Emergency Physician Associates of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14440337 | | Email/Text: Bankruptcy@FMAAlliance.com | Jan 10 2023 00:11:00 | FMA Alliance Ltd., 12339 Cutten Road, Houston, TX 77066 |

Case 19-17823-pmm    Doc 49    Filed 01/11/23    Entered 01/12/23 00:33:37    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14566460 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jan 10 2023 00:11:00 | | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14568969 | ^ | MEBN | Jan 10 2023 00:06:40 | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14440339 | + | Email/PDF: resurgentbknotifications@resurgent.com Jan 10 2023 00:20:39 | | LVNV Funding, 15 S. Main St., Greenville, SC 29601-2743 |
| 14447983 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 10 2023 00:20:47 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14440341 | + | Email/Text: EDI@CACIONLINE.NET Jan 10 2023 00:11:00 | | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 14440343 | | Email/Text: joey@rmscollect.com Jan 10 2023 00:11:00 | | Receivables Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23235 |
| 14440344 | ^ | MEBN | Jan 10 2023 00:06:33 | Receivables Management Svcs LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14440345 | + | Email/Text: Supportservices@receivablesperformance.com Jan 10 2023 00:11:00 | | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14453057 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Jan 10 2023 00:11:00 | | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14440346 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Jan 10 2023 00:11:00 | | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 14440347 | + | Email/Text: webadmin@vhllc.co Jan 10 2023 00:11:00 | | Vance & Huffman LLC, Attn: Bankruptcy, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 09, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Michael T. Beissel steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
    on behalf of Joint Debtor Betty J. Beissel steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael T. Beissel and Betty J. Beissel
      Debtor(s)                      Case No: 19−17823−pmm
                                              Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

               United States Bankruptcy Court
            Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                   Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/9/23